THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMBER MARACLE, Appellant. (Appeal No. 2.) [924 NYS2d 869]—Appeal from a resentence of the Supreme Court, Erie County (M. William Boller, A.J.), rendered January 28, 2010. Defendant was resentenced upon her conviction of forgery in the second degree (four counts).

It is hereby ordered that the resentence so appealed from is unanimously affirmed.

Same memorandum as in *People v Maracle* (85 AD3d 1652 [2011]). Present—Centra, J.P., Peradotto, Lindley and Sconiers, JJ.

TIMOTHY LORENZ et al., Respondents, v VILLAGE OF DEPEW et al., Defendants, and ADELPHIA CABLE COMMUNICATIONS, Appellant/Third-Party Plaintiff. PHASECOM AMERICA, INC., et al., Third-Party Defendants. [924 NYS2d 870]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered June 10, 2008. The order, inter alia, granted that part of plaintiffs' motion seeking summary judgment on liability pursuant to Labor Law § 240 (1) against defendant Adelphia Cable Communications.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties and filed on May 26, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.

In the Matter of DONALD L. SUMMER, an Attorney, Resignor. [924 NYS2d 914]—Order entered accepting resignation and striking name from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed May 26, 2011.)

In the Matter of EDWARD J. LEICHTNER, for Reinstatement to the Practice of Law in the State of New York. [924 NYS2d 914]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed May 26, 2011.)